1 | Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
2 | 12 South First Street, Suite 1014
San Jose, California 95113-2418
3 | Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
4 | Email Address: fred.schwinn@sjconsumerlaw.com

5 | Attorney for Plaintiff
PHILLIP BLAISE SPARACINO
6

7

**Filed**

JUN - 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8 | ### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
9 | ### SAN JOSE DIVISION

CV11 - 02724 PSG

10 | PHILLIP BLAISE SPARACINO,                    Case No. _____

11 |                              Plaintiff,     **COMPLAINT**

12 |        v.                                   **DEMAND FOR JURY TRIAL**

13 | HUNT & HENRIQUES, a general                 15 United States Code § 1692 *et seq.*
14 | partnership, MICHAEL SCOTT HUNT,
individually and in his official capacity, and
15 | JANALIE ANN HENRIQUES, individually
and in her official capacity,
16

17 |                              Defendants.

18 |     Plaintiff, PHILLIP BLAISE SPARACINO, based on information and belief and investigation of

19 | counsel, except for those allegations which pertain to the named Plaintiff or his attorneys (which are

20 | alleged on personal knowledge), hereby makes the following allegations:

21 | ### I. INTRODUCTION

22

23 |     1.    This is an action for statutory damages, attorney fees and costs brought by an

24 | individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. §

25 | 1692, *et seq.* (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive,

26 | deceptive and unfair practices.

27 | ///

28

2.   According to 15 U.S.C. § 1692:

     a.   There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors.  Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

     b.   Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

     c.   Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

     d.   Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce.  Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

     e.   It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

## II. JURISDICTION

3.   Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

4.   This action arises out of Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### III.  VENUE

5.    Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that Defendants transact business in this judicial district and the violations of the FDCPA complained of occurred in this judicial district.

### IV.  INTRADISTRICT ASSIGNMENT

6.    This lawsuit should be assigned to the San Jose Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara County.

### V.  PARTIES

7.    Plaintiff, PHILLIP BLAISE SPARACINO (hereinafter "Plaintiff"), is a natural person residing in Santa Clara County, California.  Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3).

8.    Plaintiff is informed and believes, and thereon alleges that Defendant, HUNT & HENRIQUES (hereinafter "H&H"), is or was at all relevant times, a general partnership engaged in the business of collecting debts in this state with its principal place of business located at: 151 Bernal Road, Suite 8, San Jose, California  95119-1306.  H&H may be served as follows: Hunt & Henriques, c/o Michael Scott Hunt, General Partner, 151 Bernal Road, Suite 8, San Jose, California 95119-1306 and as follows:  Hunt & Henriques, c/o Janalie Ann Henriques, General Partner, 151 Bernal Road, Suite 8, San Jose, California 95119-1306.  The principal business of H&H is the collection of debts using the mails and telephone, and H&H regularly attempts to collect debts alleged to be due another.  H&H is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

9.    Defendant, MICHAEL SCOTT HUNT (hereinafter "HUNT"), is a natural person and licensed attorney in the state of California.  HUNT may be served at his current business address at: Michael Scott Hunt, Hunt & Henriques, 151 Bernal Road, Suite 8, San Jose, California  95119-1306.  HUNT is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

10.    Defendant, JANALIE ANN HENRIQUES (hereinafter "HENRIQUES"), is a natural person and licensed attorney in the state of California.  HENRIQUES may be served at her current business address at:  Janalie Ann Henriques, Hunt & Henriques, 151 Bernal Road, Suite 8, San Jose, California  95119-1306.  HENRIQUES is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

11.    At all times herein mentioned, each of the Defendants was an officer, director, agent, servant, employee and/or joint venturer of his co-defendants, and each of them, and at all said times, each Defendant was acting in the full course and scope of said office, directorship, agency, service, employment and/or joint venture.  Any reference hereafter to "Defendants" without further qualification is meant by Plaintiff to refer to each Defendant, and all of them, named above.

## VI.  FACTUAL ALLEGATIONS

12.    On a date or dates unknown to Plaintiff, Plaintiff is alleged to have incurred a financial obligation, namely a consumer credit account issued by Capital One Bank (USA), N.A. (hereinafter "the alleged debt").   The alleged debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

13.    Plaintiff is informed and believes, and thereon alleges, that sometime thereafter on a date unknown to Plaintiff, the alleged debt was placed, assigned or otherwise transferred to Defendants for collection from Plaintiff.

14.    Thereafter, Defendants sent a collection letter (Exhibit "A") dated May 13, 2010,

- 4 -
COMPLAINT

to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15

U.S.C. § 1692a(2).

15.    A true and accurate copy of the collection letter dated May 13, 2010, from

Defendants to Plaintiff is attached hereto, marked Exhibit "A," and by this reference is incorporated

herein.

16.    The collection letter (Exhibit "A") was the first written communication from

Defendants to Plaintiff in connection with the collection of the alleged debt.

17.    On or about June 16, 2010, Plaintiff's counsel, Fred W. Schwinn of the Consumer

Law Center, Inc., sent a letter to Defendants via facsimile which stated in relevant part:

> I have attached a copy of your most recent correspondence for your reference. Please be advised that the consumer debtor in the matter referenced above has retained the services of the Consumer Law Center, Inc., to assist in this matter. The purpose of this letter is to provide you with written notice in your capacity as a creditor, collection agent, or collection attorney that this consumer debtor, now our client, is in fact and in law REPRESENTED BY AN ATTORNEY. As a result of this notice, and pursuant to Sections 1692b(6) and 1692c(a)(2) of Title 15 of the United States Code and Section 1788.14(c) of the California Civil Code, you are to immediately terminate any further direct or indirect contacts with our client. Please note that such prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, email or any other means. This also includes any contact directly or indirectly with any employer, family member, friend, or other creditor of our client.

> Upon receipt of this letter, any future direct or indirect contacts with our client will result in our office filing a claim against you under the Federal Fair Debt Collection Act, the California Civil Code, and any other available and applicable state or federal laws. If it becomes necessary to file any and all such claims, then please be advised and take due notice that our client will be seeking actual damages, statutory damages, court costs, and our reasonable attorney fees based on our hourly rate of $325.00. You are also hereby placed on notice that if unlawful and illegal conduct persists or is egregious, then our client will also seek an award of punitive damages as may be determined at the discretion of the Court.

> Based on the foregoing, any further communications concerning our client and/or the subject debt must be directed to the Consumer Law Center, Inc. Be advised that any request for information will be addressed in a reasonable time period.

18.    A true and accurate copy of Plaintiff's counsel's June 16, 2010, representation

letter is attached hereto, marked Exhibit "B," and by this reference is incorporated herein.

19. A Memory Transmission Report attached as the last page of Exhibit "B" verifies that the 4 page document was transmitted to facsimile machine 362-2299 on June 16, 2010, and that said transmission was completed and that all pages were received and that the Memory Transmission Report was generated which confirmed said transmission and receipt.

20. Plaintiff is informed and believes, and thereon alleges that Defendants had actual knowledge that Plaintiff was represented by an attorney with regard to the debt alleged to be owed to Capital One Bank (USA), N.A., on June 16, 2010.

21. After receiving Plaintiff's counsel's letter notifying Defendants of Plaintiff's representation by an attorney (Exhibit "B"), Defendants continued to communicate directly with Plaintiff in an attempt to collect the alleged debt.

22. On or about July 2, 2010, Defendants sent a collection letter (Exhibit "C"), directly to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

23. A true and accurate copy of the July 2, 2010, collection letter from Defendants to Plaintiff is attached hereto, marked Exhibit "C," and by this reference is incorporated herein.

24. The collection letter dated July 2, 2010 (Exhibit "C") represented or implied that Plaintiff's account had been reviewed by an attorney.

25. Plaintiff is informed and believes, and thereon alleges that no attorney conducted a professional review of Plaintiff's account before sending the collection letter dated July 2, 2010 (Exhibit "C") directly to Plaintiff. See *Clomon v. Jackson*, 988 F.2d 1314 (2nd Cir. 1993) and *Avila v. Rubin*, 84 F.3d 222, 228-29 (7th Cir. 1996).

26. Plaintiff is informed and believes, and thereon alleges that the collection letter

dated July 2, 2010 (Exhibit "C") misrepresented the role and involvement of legal counsel.

27.    Plaintiff is informed and believes, and thereon alleges that the collection letter dated July 2, 2010 (Exhibit "C") misrepresented the true source or nature of the communication thereby making false statements in an attempt to collect a debt.

## VII.  CLAIMS

### FAIR DEBT COLLECTION PRACTICES ACT

28.    Plaintiff brings the first claim for relief against Defendants under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

29.    Plaintiff incorporates all paragraphs in this Complaint as though fully set forth herein.

30.    Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

31.    Defendant, H&H, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

32.    Defendant, HUNT, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

33.    Defendant, HENRIQUES, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

34.    The financial obligation alleged to be owed by Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

35.    Defendants have violated the FDCPA.  The violations include, but are not limited to, the following:

        a.    Defendants continued to communicate directly with Plaintiff regarding the

collection of the debt alleged to be owed to Capital One Bank (USA), N.A., after Defendants knew that Plaintiff was represented by an attorney with respect to the alleged debt, in violation of 15 U.S.C. § 1692c(a)(2)

        b.   Defendants falsely represented or implied that an attorney had reviewed Plaintiff's file when no attorney had done so, in violation of 15 U.S.C. §§ 1692e(3) and 1692e(10);

        c.   Defendants falsely represented the role and involvement of legal counsel, in violation of 15 U.S.C. §§ 1692e(3) and 1692e(10); and

        d.   Defendants misrepresented the true source or nature of the collection communications, in violation of 15 U.S.C. §§ 1692e, 1692e(3) and 1692e(10).

36.   Defendants' acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

37.   As a result of Defendants' violations of the FDCPA, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C. § 1692k.

## VIII.  REQUEST FOR RELIEF

Plaintiff requests that this Court:

a) Assume jurisdiction in this proceeding;

b) Declare that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692c(a)(2), 1692e, 1692e(3) and 1692e(10);

c) Award Plaintiff statutory damages in an amount not exceeding $1,000, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

d) Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15 U.S.C. § 1692k(a)(3); and

e) Award Plaintiff such other and further relief as may be just and proper.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
PHILLIP BLAISE SPARACINO

## CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, PHILLIP BLAISE SPARACINO, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.

HUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306
RETURN SERVICE REQUESTED

HUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306

TELEPHONE(408) 362-2270
FACSIMILE (408) 362-2299

P13R9N00200168 I00169
S-SFHUHE10 L-DD0000C1 A-524193.001
PHILIP B SPARACINO
2065 LA MIEL CT
CAMPBELL CA 95008-2608

MICHAEL S. HUNT
JANALIE HENRIQUES

May 13, 2010

RE: CAPITAL ONE BANK (USA), N.A.
    Account Number: 4862362390708470
    Balance due as of May 13, 2010: $3915.41

Our client, CAPITAL ONE BANK (USA), N.A. has engaged this law firm to attempt to collect the entire outstanding balance on your account referenced above. Your account is in default and has been closed, and formal demand is now being made for the entire outstanding balance. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. Based on information our client provided, the amount you owe as of May 13, 2010, is $3915.41. This amount may increase because of interest, late charges and other contractual charges.

If you want to resolve this matter, you may:

* Pay in full the outstanding balance stated above to completely satisfy your account; or
* Contact us at 800-496-5048 and arrange a payment plan that is acceptable to our client.

**Federal law gives you 30 days after you receive this letter to dispute the validity of the debt or any part of it. If you do not dispute the validity of the debt, or any part of it, within that period, we will assume that the debt is valid. If you dispute the debt, or any part of it, in writing  - by mailing a notice to this firm to that effect on or before the 30th day following the date you receive this letter - we will obtain and mail to you proof (verification) of the debt. And if, within the same period, you request in writing the name and address of the original creditor (if different from our client), we will furnish you with that information too. Upon receipt of your written dispute, all efforts to collect this debt will be suspended until we mail any required information to you. Sufficient time will be allowed for this firm to be able to receive a written notice of dispute from you - even if you mail it on the 30th day following the date you receive this letter - before a decision whether to file suit against you to collect this debt is made.**

**The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (1-877-382-4357) or www.ftc.gov.**

This communication is from a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

You may contact us toll free at 1-800-496-5048.

Very truly yours,

Hunt & Henriques
Attorneys at Law



EXHIBIT
A

PRESORTED
FIRST-CLASS
196

US POSTAGE $00.36°
MAY 14 2010
ZIP 77002
0801 10515994

PUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306
RETURN SERVICE REQUESTED

P13R9N00200168 I00169
S-SFHUHE10 L-DD0000C1 A-524193.001
PHILIP B SPARACINO
2065 LA MIEL CT
CAMPBELL CA 95008-2608

# Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA  95113-2418
(408) 294-6100
Fax: (408) 294-6190

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: 408-362-2299

To:            Hunt & Henriques
From:          Fred W. Schwinn
Client/Matter: Philip B. Sparacino
               2065 La Miel Court
               Campbell, CA  95008-2608
Date:          June 16, 2010

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter with attachment | 3 |
|  |  |
|  |  |

COMMENTS:
Original will NOT follow.



*The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.*

\* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE <u>ALL</u> PAGES, PLEASE TELEPHONE US
IMMEDIATELY AT (408) 294-6100.

Fred W. Schwinn
fred.schwinn@sjconsumerlaw.com
Raeon R. Roulston
raeon.roulston@sjconsumerlaw.com

# CONSUMER LAW CENTER, INC.
## 12 South First Street, Suite 1014
### San Jose, CA 95113-2418

(408) 294-6100
Fax (408) 294-6190
www.sjconsumerlaw.com

Via Fax to:    408-362-2299

June 16, 2010

Hunt & Henriques
151 Bernal Road, Suite 8
San Jose, CA 95119-1306

In the Matter of:        Philip B. Sparacino
                         2065 La Miel Court
                         Campbell, CA 95008-2608
Your Account or File No(s).: 4862-3623-9070-8470

Dear Sir or Madam:

I have attached a copy of your most recent correspondence for your reference.  Please be advised that the consumer debtor in the matter referenced above has retained the services of the Consumer Law Center, Inc., to assist in this matter.  The purpose of this letter is to provide you with written notice in your capacity as a creditor, collection agent, or collection attorney that this consumer debtor, now our client, is in fact and in law REPRESENTED BY AN ATTORNEY.  As a result of this notice, and pursuant to Sections 1692b(6) and 1692c(a)(2) of Title 15 of the United States Code and Section 1788.14(c) of the California Civil Code, you are to immediately terminate any further direct or indirect contacts with our client.  Please note that such prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, email or any other means.  This also includes any contact directly or indirectly with any employer, family member, friend, or other creditor of our client.

Upon receipt of this letter, any future direct or indirect contacts with our client will result in our office filing a claim against you under the Federal Fair Debt Collection Act, the California Civil Code, and any other available and applicable state or federal laws.  If it becomes necessary to file any and all such claims, then please be advised and take due notice that our client will be seeking actual damages, statutory damages, court costs, and our reasonable attorney fees based on our hourly rate of $325.00.  You are also hereby placed on notice that if unlawful and illegal conduct persists or is egregious, then our client will also seek an award of punitive damages as may be determined at the discretion of the Court.

Based on the foregoing, any further communications concerning our client and/or the subject debt must be directed to the Consumer Law Center, Inc.  Be advised that any request for information will be addressed in a reasonable time period.

1

Until advised otherwise, you should mark this matter as "disputed" pursuant to U.S.C. § 1692e(8).  I anticipate your cooperation herein.

Very Truly Yours,

Fred W. Schwinn, Esq.

Cc: Philip B. Sparacino

HUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306
RETURN SERVICE REQUESTED

**HUNT & HENRIQUES**
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306

TELEPHONE(408) 362-2270
FACSIMILE (408) 362-2299

P13R9N00200168 I00169
S-SFHUHE10 L-DD0000C1 A-524193.001
PHILIP B SPARACINO
2065 LA MIEL CT
CAMPBELL CA 95008-2608

MICHAEL S. HUNT
JANALIE HENRIQUES

May 13, 2010

RE:  CAPITAL ONE BANK (USA), N.A.
     Account Number: 4862362390708470
     Balance due as of May 13, 2010: $3915.41

Our client, CAPITAL ONE BANK (USA), N.A. has engaged this law firm to attempt to collect the entire outstanding balance on your account referenced above. Your account is in default and has been closed, and formal demand is now being made for the entire outstanding balance. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. Based on information our client provided, the amount you owe as of May 13, 2010, is $3915.41. This amount may increase because of interest, late charges and other contractual charges.

 If you want to resolve this matter, you may:

     *     Pay in full the outstanding balance stated above to completely satisfy your account; or
     *     Contact us at 800-496-5048 and arrange a payment plan that is acceptable to our client.

**Federal law gives you 30 days after you receive this letter to dispute the validity of the debt or any part of it. If you do not dispute the validity of the debt, or any part of it, within that period, we will assume that the debt is valid. If you dispute the debt, or any part of it, in writing - by mailing a notice to this firm to that effect on or before the 30th day following the date you receive this letter - we will obtain and mail to you proof (verification) of the debt. And if, within the same period, you request in writing the name and address of the original creditor (if different from our client), we will furnish you with that information too. Upon receipt of your written dispute, all efforts to collect this debt will be suspended until we mail any required information to you. Sufficient time will be allowed for this firm to be able to receive a written notice of dispute from you - even if you mail it on the 30th day following the date you receive this letter - before a decision whether to file suit against you to collect this debt is made.**

**The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (1-877-382-4357) or www.ftc.gov.**

This communication is from a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

You may contact us toll free at 1-800-496-5048.

Very truly yours,

Hunt & Henriques
Attorneys at Law

MEMORY TRANSMISSION REPORT

|  |  |
|---|---|
| TIME | :06-16-'10 17:14 |
| FAX NO.1 | :408-294-6190 |
| NAME | :Consumer Law Center |

|  |  |  |
|---|---|---|
| FILE NO. | : | 199 |
| DATE | : | 06.16 17:12 |
| TO | : | ☎3622299 |
| DOCUMENT PAGES | : | 4 |
| START TIME | : | 06.16 17:12 |
| END TIME | : | 06.16 17:14 |
| PAGES SENT | : | 4 |
| STATUS | : | OK |

***    SUCCESSFUL TX NOTICE    ***

**Consumer Law Center, Inc.**
12 South First Street, Suite 1014
San Jose, CA 95113-2413
(408) 294-6100
Fax: (408) 294-6190

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: 408-362-2299

| To: | Hunt & Henriques |
|---|---|
| From: | Fred W. Schwinn |
| Client/Matter: | Philip B. Sparacino |
| | 2065 La Miel Court |
| | Campbell, CA 95008-2608 |
| Date: | June 16, 2010 |

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter with attachment | 3 |
|  |  |
|  |  |
|  |  |

COMMENTS:
Original will NOT follow.

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US
IMMEDIATELY AT (408) 294-6100.

# HUNT & HENRIQUES

MICHAEL S. HUNT
JANALIE HENRIQUES

ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306

AREA CODE 408
TELEPHONE 362-2270
FACSIMILE 362-2299

July 2, 2010

Re: SETTLEMENT OFFER
CAPITAL ONE BANK (USA), N.A.
XXXXXXXXXXXX8470
Total Amount Due $3993.45

Dear PHILIP B SPARACINO:

As you are aware, your obligation to our client CAPITAL ONE BANK (USA), N.A. has been referred to our office for collection.

The current balance due is $3993.45. In an effort to settle this matter and limit future collection actions our client has authorized our firm to extend a settlement offer to you.

Our client will accept a lump sum of $2,869.67 **as a settlement and final payment** of your current obligation. The payment must reach our office on or before July 21, 2010. The offer to settle expires at the close of business on July 21, 2010. CAPITAL ONE BANK (USA), N.A. is not obligated to make the same or similar offers at any time in the future.

You may pay by cashier's check, personal check, or call us to set up an electronic payment. Your check should be made payable to our client and mailed to the address on this letterhead.

If circumstances prevent you from taking advantage of this generous offer at this time, our client has authorized our office to negotiate **reasonable payment plans.** In some cases arrangements can go up to 36 months. If you have any questions or wish to discuss this matter please contact our office at 1-800-496-5048. We look forward to speaking with you.

This firm is a debt collector. The purpose of this letter is to collect a debt and any information obtained will be used for the purpose of collecting the debt.

Very truly yours,

Hunt & Henriques
Attorneys at Law

*California, Colorado, Massachusetts Residents - see reverse side for information on your rights as a consumer per Debt Collection Practices.

✂ --------------------------------- Detach bottom section and return with payment --------------------------------- ✂

HUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306
RETURN SERVICE REQUESTED



EXHIBIT
C

S-SFHUHE10  L-DD00008A A-524193.001
P15JIW00210028 I18685
PHILIP B SPARACINO
2065 LA MIEL CT
CAMPBELL CA 95008-2608

|lduddduudlluududuldldlduudludldluudluudlll

HUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306

lldluddluudlluudllblluuudludldluudlulduddluudl

REFNO: 524193.001

Amount Paid: $ ☐ ☐ ☐ ☐ . ☐ ☐

CALIFORNIA RESIDENTS:

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

COLORADO RESIDENTS:

"FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM ."

"A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATION WITH THE CONSUMER.  A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT."

MASSACHUSETTS RESIDENTS:

NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT.  ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY.

PRESORTED
FIRST-CLASS

US POSTAGE $00.36⁰
JUL 07 2010
ZIP 49068
0001 10520028

DATA-PAC

HUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306
RETURN SERVICE REQUESTED

S-SFHUHE10 L-DD00008A A-524193.001
P15JIW002I0028 I18685
PHILIP B SPARACINO
2065 LA MIEL CT
CAMPBELL CA 95008-2608